IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00783-GPG

MIKEAL GLENN STINE,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendants.

## ORDER

Plaintiff Mikeal Glenn Stine is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Plaintiff has submitted a pleading titled, "Amended Verified Motion to Modify Filing Restrictions/Motion for Injunction and Motion for Appointment of Counsel (Request Evidentiary Hearing)," ECF No. 1.

Plaintiff has been instructed in previous cases on the procedure he must follow to file an action in this Court. For the Court to consider an action filed by Plaintiff, he must both comply with the restrictions he is subject to under *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM, ECF No. 344 (D. Colo. Sept. 1, 2009), and assert violations of his constitutional rights that merit a waiver of the restrictions he is subject to under 28 U.S.C. § 1915(g).

Plaintiff contends prison staff will not provide him a manila envelope, which he claims he needs to submit all the documents he is required to provide to the Court pursuant to the filing restrictions set forth in *Stine*, No. 07-cv-01839-WYD-KLM.

The Court, therefore, will direct service on the Warden for the limited purpose of submitting to the Court a statement regarding Plaintiff's ability to mail to the Court the required documents for this Court to consider before Plaintiff is allowed to proceed in a civil action. The Warden also will be directed to explain the note, allegedly from Counselor Sanchez, in the attached "Cop-Out, that states "uk does not supply envelopes," and state to the Court if the statement intended for Plaintiff to be denied the ability to submit filings to this Court. Accordingly, it is

ORDERED that the Court will stay this action until the Court has had the opportunity to review a statement from the Warden as set forth above. It is

FURTHER ORDERED that the Clerk of the Court shall serve the Warden at the United States Penitentiary, Florence/ADMAX in Florence, Colorado for the purpose of providing a statement as described in this Order. It is

FURTHER ORDERED that the Warden, or an appointed representative, shall have fourteen days from the date of this Order to file a statement. It is

FURTHER ORDERED that the only proper filing at this time is a statement from the Warden, or appointed representative. All other filings submitted by Plaintiff at this time will be stricken by the Court. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to the Warden a copy of Page Four of ECF No. 406 filed in Case No. 07-cv-01839-WYD-KLM.

DATED April 7, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge