# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00783-GPG

MIKEAL GLENN STINE,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Motion for Clarification filed on April 18, 2016, is ordered stricken pursuant to the Court's April 7, 2016 Order.   Plaintiff indicated in the pleading filed on April 4, 2016, that he desires to petition the Court to file a new action.   If he desires to close this action he is directed to file a request to do so.   Otherwise, the only proper filing at this time is a statement by the Warden or appointed representative to address the issues noted in the April 7, 2016 Order.

    Dated:   April 20, 2016