**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00783-GPG

MIKEAL GLENN STINE,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Warden's Motion for a One-Day Extension of Time, ECF No. 7, is granted. Plaintiff's Motion, ECF No, 8, requesting the Court to except the Order striking all filings and accept new evidence is ordered stricken at this time.

    Dated: April 21, 2016